IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LUDMYLA SKORYCHENKO,

    Plaintiff,

v.

ERNEST F. TOMPKINS,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-626-bbc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of plaintiff, Ludmyla Skorychenko in the amount of $10,948.60.

Approved as to form this ___17th___ day of November, 2009.

_Barbara B. Crabb_
BARBARA B. CRABB,
DISTRICT JUDGE

_Peter Oppeneer_
Peter Oppeneer, Clerk of Court

NOV 18 2009
Date