IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LUDMYLA SKORYCHENKO,

                                                                                ORDER

                 Plaintiff,

                                                                                 08-cv-626-bbc

      v.

ERNEST F. TOMPKINS,

                 Defendant,

and

KRAFT PIZZA COMPANY,

                 Garnishee.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff Ludmyla Skorychenko is proceeding with garnishment proceedings to collect on the November 18, 2009 judgment in this action. Along with her recent request to execute the judgment, which I construed as a garnishment notice, plaintiff filed a motion for issuance of a subpoena for N.E.W. Curative Rehabilitation, Inc. to produce documents confirming her enrollment in a Title V Senior Community Service Employment Program. I will deny plaintiff's request for the subpoena because she does not explain how this information is relevant to the garnishment proceedings, and in any case, these proceedings

1

have not advanced to a stage where plaintiff would be required to submit evidence of any kind. Should the case advance to that point, plaintiff is free to renew her request. If she does so, she must explain why the material she seeks is relevant to the garnishment proceedings,

ORDER

IT IS ORDERED that plaintiff's motion for issuance of a subpoena, dkt. #76, is DENIED.

Entered this 3rd day of March, 2010.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge